(April 7, 1943.)

JOSEPH KALMANASH, Respondent, v. ROSSER J. SMITH et al., Appellants, et al., Defendants.—

Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.

JOSEPH KALMANASH, Respondent, v. ROSSER J. SMITH et al., Appellants, et al., Defendants.—

Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.

(April 12, 1943.)

ANNA BETHEL et al., Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.

BONDED MUNICIPAL CORPORATION, Respondent, v. CARODIX CORPORATION et al., Defendants, JOSEPH P. DAY et al., as Trustees, Defendants-Respondents, and COUNTY OF NASSAU, Impleaded Defendant, Appellant.—